IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OSCAR AVINA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-08-1885 |
| § | |
| JP MORGAN CHASE BANK, N.A., § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on September 3, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge